UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD, | Case No.: 1:15-cv-01441-LJO-JLT |
| Petitioner, | ORDER DISREGARDING AS MOOT PETITIONER'S MOTION TO EXPEDITE (Doc. 12) |
| v. | |
| CHARLES PHILIP ARTHUR GEORGE, | ORDER DISREGARDING AS MOOT PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL (Doc. 10) |
| Respondent. | |

The petition in this action alleged violations of the Maryland Toleration Act of 1649 and the Coercive Acts of 1774, and naming, inter alia, Prince Charles and Queen Elizabeth II of Great Britain, as well as Pope Francis, as respondents. (Doc. 1) On September 29, 2015, the Court issued Findings and Recommendations to summarily dismiss the petition as frivolous. (Doc. 5). On November 19, 2015, the District Judge assigned to the case adopted those Findings and Recommendations and dismissed the petition and entered judgment. (Docs. 8; 9) On November 30, 2015, Petitioner filed the instant motions requesting appointment of counsel and expediting of the resolution of his claims. (Docs. 10; 12)

In light of the Court's order summarily dismissing the petition as frivolous before the petitioner filed the instant motions, the motions will be disregarded as moot. Thus, the Court **ORDERS**:

1. Petitioner's motion to expedite proceedings (Doc. 12) is **DISREGARDED** as **MOOT**.
2. Petitioner's motion for appointment of counsel (Doc. 10) is **DISREGARDED** as **MOOT**.

1

**No further filings will be accepted in this case.**

IT IS SO ORDERED.

Dated:     **August 17, 2016**                               **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE